UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FRED H. CLANCY,

                Plaintiff,

    -v-                                                    7:06-CV-1486 (LEK/VEB)

MICHAEL J. ASTRUE, Commissioner of
Social Security,[1]

                Defendant.

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on April 28, 2009, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York. Report-Rec. (Dkt. No. 11).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to the Report-Recommendation filed by Judge Bianchini. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is substituted as the Defendant in this action for Jo Anne B. Barnhart.

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 11) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Defendant's Motion for judgment on the pleadings is **DENIED;** and it is further

**ORDERED**, that the Plaintiff's Motion for judgment on the pleadings is **GRANTED in part**, and the case is remanded to the Commissioner for further proceedings in accordance with the Report-Recommendation; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    May 22, 2009
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge